**FORAN GLENNON**

July 26, 2018

**Via ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court – Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> Re:   ***Flores v. Sutton Associates, LLC***
> Case No. 2:18-cv-01611       SJF-SIL

Your Honor:

Our office represents the Defendant Sutton Associates, LLC ("Sutton") in the above-referenced matter.  On June 1, 2018, we served a motion to dismiss the complaint on counsel for plaintiff Luis Flores.   In accordance with the Your Honor's Individual Rule 4.B.i., we simultaneously filed via ECF a copy of the accompanying cover letter (Doc. No. 10).  On June 22, 2018, plaintiff filed an amended complaint (Doc. No. 13).  Because plaintiff has amended his complaint, the motion to dismiss is effectively moot.  As such, no briefing will be filed in connection with this motion, and we respectfully request that the Court disregard Doc. No. 10.

Should the Court have any questions, please do not hesitate to contact the undersigned. The Court's time and attention to this matter are greatly appreciated.

Respectfully,

Foran Glennon Palandech Ponzi & Rudloff PC

By:

Paul Ferland

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

Paul C. Ferland, Attorney at Law     212.257.7103     pferland@fgppr.com
40 Wall Street, 54ᵗʰ Floor, New York, New York 10005     tel 212.257.7100     www.fgppr.com

Chicago  ▪  Newport Beach  ▪  San Francisco  ▪  New York  ▪  London  ▪  Denver  ▪  Las Vegas  ▪  Phoenix